

**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| ROBIN W. HARVEY | * | Case No. 19-22492-LSS |
| Debtor(s) | * | (Chapter 13) |
| * * * * * * | * | |
| MARYLAND DEPARTMENT OF LABOR | * | |
| Plaintiff | * | |
| v. | * | Adversary Proceeding No. 19-402 |
| ROBIN W. HARVEY | * | |
| Defendant | * | |

## CONSENT ORDER DETERMINING DEBT NONDISCHARGEABLE

Upon the consent of the parties Plaintiff Maryland Department of Labor and Defendant Robin W. Harvey, as evidenced by the signatures of their attorneys below,

ORDERED, that the debt represented by the judgment entered contemporaneously herewith against Defendant Robin W. Harvey and in favor of the Plaintiff Maryland Department of Labor calculated as Three Thousand One Hundred Eighty Dollars ($3,180.00) in overpayment principal, fraud penalty of Five Hundred Sixty-Seven Dollars and Forty-Five Cents ($567.45), and interest based on the fraud

1

("fraud interest") of Nine Hundred Four Dollars and Sixty-One Cents ($904.61) for a total balance of Four Thousand Six Hundred Fifty-Two Dollars and Six Cents ($4,652.06), plus costs of Three Hundred Fifty Dollars ($350.00), be and is hereby determined to be nondischargeable pursuant to 11 U.S.C. §523(a)(2)(A).

CONSENTED TO AS TO FORM AND AS TO CONTENT


/s/ Orbie R. Shively            /s/ Robin W. Harvey
Orbie R. Shively                Robin W. Harvey

     I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.


                                                  /s/ Orbie R. Shively
                                                  Orbie R. Shively

cc:
Orbie R. Shively, Esq.           U.S. TRUSTEE
Maryland Department of Labor    6305 Ivy Lane
Litigation and Prosecution Unit     Suite 600
1100 North Eutaw St., Rm. 522    Greenbelt, MD 20770
Baltimore, MD 21201

                                     Derek D. Bathrick, Esq.
Robin W. Harvey              Tommy Andrews, Jr., P.C.
9506 Tellico Place            122 North Alfred Street
Clinton, MD 20735           Alexandria, VA 22314-3011

**END OF ORDER**